**Dismissed and Opinion Filed October 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01134-CV

### IN RE DEDERIAN DEMOND HERRON, Relator

**Original Proceeding from the 200th Judicial District Court**
**Travis County, Texas**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Whitehill
Opinion by Justice Whitehill

Before the Court is relator's September 28, 2018 "Plaintiff's Original Petition," which we treat as a petition for writ of mandamus. In this original proceeding, relator seeks relief against the Texas Comptroller of Public Accounts. This Court does not have jurisdiction to issue a writ of mandamus against the Texas Comptroller of Public Accounts. *Ex parte Springsteen*, 506 S.W.3d 789, 794 (Tex. App.—Austin 2016, pet. denied) (only the Texas Supreme Court has jurisdiction to issue a writ against the comptroller); *In re Smith*, 333 S.W.3d 582, 585 (Tex. 2011) (same) (citing TEX. CONST. art. V, § 3; TEX. GOV'T CODE § 22.002(c); *AT & T Consultants, Inc. v. Sharp*, 904 S.W.2d 668, 672 (Tex. 1995)). Accordingly, we dismiss relator's petition for writ of mandamus for want of jurisdiction.


/Bill Whitehill/
BILL WHITEHILL
JUSTICE

181134F.P05